IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:10-CR-21-RLV-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ROBERT COX, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the handwritten letter from the Defendant, Robert Cox, (Document No. 9) received by the undersigned on September 7, 2010. In the letter, which the Court treats as a *pro se* motion, Mr. Cox asks for a new bond.

The record reflects that Mr. Cox is represented by appointed counsel, Matthew Collin Joseph. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Cox has any matters he wishes this Court to consider, they must be submitted through his attorney.

The Court suggests again to counsel for the parties that inquiry be made to Judge Voorhees' staff regarding a hearing date for this misdemeanor probation violation matter.

**IT IS, THEREFORE, ORDERED** that Mr. Cox's request for a new bond is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Joseph.

Signed: September 8, 2010

David C. Keesler
United States Magistrate Judge